**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
X ___1st___ Amended Plan

DEBTOR: Michel Petit-Homme         JOINT DEBTOR: _____ CASE NO.: 12-16215-RAM
Last Four Digits of SS# __8887__     Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
A.   $ __1,469.78__ for months __1__ to __59__ ;
B.   $ __127,448.76__ for month __60__ ; in order to pay the following creditors:

**Administrative:** Attorney's Fees and Costs - $ __4,425.00__ [*] TOTAL PAID $ __969.00__
        Balance Due   $ 3,456.00   payable $ __172.80__ /month (Months __1__ to __20__ )
*[Note:      $3,500.00 (base fee) + $750.00 (motion to value) + $175.00 (costs including motion to value)

**Secured Creditors:** [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. __NONE_____        Arrearage on Petition Date   $ _____
Address:_____    Arrears Payment   $_____/month (Months ____ to ____)
                           Regular Payment   $_____/month (Months ____ to ____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM "MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY") WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Saxon Mortgage 4700 Mercantile Dr. Ft. Worth, TX 76137 [Acct. #0105] | 1st mortgage on property at 15620 NE 4th Ct., Miami, FL; $145,724.00 | 5.25 % | $ 1,000.00<br>$ 1,172.80<br>$ 114,553.88 | __1__ To __20__<br>__21__ To __59__<br>Month __60__ | $180,293.08 |

**Priority Creditors:** [as defined in 11 U.S.C. §507]

1. NONE_____        Total Due  $_____
                       Payable    $_____/month (Months____ to ____) Regular Payment $_____

**Unsecured Creditors:** Pay $ __150.00__ /month (Months __1__ to __60__ ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above:

   1. Debtor to assume lease with tenant on rental property at 15620 NE 4th Ct., Miami, FL.
   2. Debtor to assume lease with landlord at 1071 NW 139th St., North Miami, FL
   3. The Debtor will provide copies of his income tax returns to the Chapter 13 Trustee on or before May 15th during the pendency of the Plan. The Debtor will amend Schedule I and J and modify the plan if necessary.
   4. Debtor to treat mortgages to Chase Bank on property at 101 SW Orleans Street, Palm Bay FL 32908 outside of plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

*/s/ Michel A. Petit-Homme*
Debtor: Michel Petit-Homme
Date: __May 19, 2012__

LF-31 (rev. 12/01/09)